No. 88–6285.  IN RE TODD; and

No. 88–6334.  IN RE JONES.  Petitions for writs of mandamus denied.

No. 88–928.  WHITE, EXECUTOR OF THE ESTATE OF SMITH *v.* UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari granted.

No. 88–995.  NORTHBROOK NATIONAL INSURANCE CO. *v.* BREWER.  C. A. 5th Cir.  Certiorari granted.

No. 87–2012.  FW/PBS, INC., DBA PARIS ADULT BOOKSTORE II, ET AL. *v.* CITY OF DALLAS ET AL.;

No. 87–2051.  M. J. R., INC., ET AL. *v.* CITY OF DALLAS; and

No. 88–49.  BERRY ET AL. *v.* CITY OF DALLAS ET AL.  C. A. 5th Cir.  Motion of Citizens For Decency Through Law, Inc., for leave to file a brief as *amicus curiae* in No. 87–2012 granted. Certiorari granted in No. 87–2012 limited to Questions I, II, and III presented by the petition.  Certiorari granted in No. 87–2051 limited to Questions 1 and 2 presented by the petition.  Certiorari granted in No. 88–49.  Cases consolidated and a total of one hour allotted for oral argument.  Reported below: 837 F. 2d 1298.

No. 88–5050.  HOLLAND *v.* ILLINOIS.  Sup. Ct. Ill.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 88–6025.  DOWLING *v.* UNITED STATES.  C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 87–1283.  HIGGINS *v.* CITY OF VALLEJO, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–1754.  CITY OF SOUTH BEND ET AL. *v.* JANOWIAK. C. A. 7th Cir.  Certiorari denied.

No. 87–2022.  ANDERSON ET AL. *v.* SLATTERY GROUP, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.